IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

## MINUTES

| | |
|---|---|
| USA<br>PLAINTIFF<br>ATTY: Clay Fowlkes; Kim Harris | JUDGE: Erin L. Wiedemann, U. S. Magistrate Judge<br>REPORTER: Roxana Guerrero, ECRO<br>CLERK: Roxana Guerrero |
| Richard Barnett<br>DEFENDANT<br>ATTY: Anthony J Siano, Retained | CASE NO. 5:21-mj-05001-001<br>DATE: January 15, 2021 |

ACTION: Detention Hearing

| TIME | MINUTES |
|---|---|
| 12:52 pm | CONVENE - Room 210 |
| | Court sets out purpose of hearing |
| | Government invokes the rule |
| | Government exhibits 1-12 admitted |
| | Testimony on behalf of Government begins |
| | Witness identified and sworn |
| | G1.) FBI SA Jonathan Willett |
| 2:13 pm | Testimony on behalf of the Government continues |
| | Government rests |
| | Testimony on behalf of Defense begins |
| | Witness identified and sworn |
| | D.1 Jeff Houpe |
| | Witness identified and sworn |
| | D2. Jaklyn Chalk |
| | Witness identified and sworn |
| | D3. Joseph Martinez |
| | Witness identified and sworn |
| | D4. Marie Halpin |
| | Witness identified and sworn |
| | D5. Ashlee Newburn |
| | Witness identified and sworn |
| | D6. Earl Scroggin |
| 3:29 pm | Recess |

| CASE NO. | 5:21-mj-05001-001 | DATE: | January 15, 2021 |

| TIME | MINUTES |
|---|---|
| 3:42 pm | Reconvene |
| | Testimony on behalf of Defense continues |
| | D.7. Tammy Newburn |
| | Defense rests |
| | Closing arguments by the Government |
| | Address by Court: details factors weighed in decision |
| | Court reviews conditions of release |
| | Defendant to be released on $5,000 unsecured bond subject to the conditions set forth in the Order of Conditions |
| 5:28 pm | ADJOURN |