AO 432
(Rev. 2/84)

**Administrative Office of the United States Courts**

# WITNESS AND EXHIBIT RECORD

| DATE 1/15/2021 | CASE NUMBER 5:21-mj-05001-001 | OPERATOR Roxana Guerrero | | PAGE NUMBER 1 | |
|---|---|---|---|---|---|

| NAME OF WITNESS | DIRECT | CROSS | REDIRECT | RECROSS | PRESIDING OFFICIAL |
|---|---|---|---|---|---|
| G1.SA Jonathan Willett | X | X | X | X | X |
| D.1Jeff Houpe | X | X | | | |
| D2. Jaklyn Chalk | X | X | | | |
| D3. Joseph Martinez | X | X | | | |
| D4.Marie Halpin | X | X | | | X |
| D5. Ashlee Newburn | X | X | | | X |
| D6. Earl Scroggin | X | X | | | |
| D7. Tammy Newburn | X | X | | | X |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| Gov. Exhibit 1 | Surveillance Video | X | X |
| Gov. Exhibit 2 | Surveillance Video | X | X |
| Gov. Exhibit 3 | Photo of Barnett (feet on desk) | X | X |
| Gov. Exhibit 4 | Photo of Barnett (holding letter) | X | X |
| Gov. Exhibit 5 | Photo of Barnett (standing with stun gun visible) | X | X |
| Gov. Exhibit 6 | YouTube Video of Barnett | X | X |
| Gov. Exhibit 7 | Photo of stun gun box | X | X |
| Gov. Exhibit 8 | Receipt from Bass Pro | X | X |
| Gov. Exhibit 9 | Video from Bass Pro | X | X |
| Gov. Exhibit 10 | Photo of letter | X | X |

📎AO 432
(Rev. 2/84)

**Administrative Office of the United States Courts**

## WITNESS AND EXHIBIT RECORD

| DATE 1/15/2021 | CASE NUMBER 5:21-mj-05001 | OPERATOR Roxana Guerrero | | PAGE NUMBER 1 | |
|---|---|---|---|---|---|

| NAME OF WITNESS | DIRECT | CROSS | REDIRECT | RECROSS | PRESIDING OFFICIAL |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| Gov. Exhibit 11 | Photo of Barnett with silencer | X | X |
| Gov. Exhibit 12 | News interview with Barnett (November 2020) | X | X |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |