IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.            CASE NO. 5:21-MJ-5001

RICHARD BARNETT                                                       DEFENDANT

### O R D E R

The District Court Clerk is directed to file the bond granted by this Court under seal. The Defendant shall not be released on this bond, as a stay has been issued in the District of Columbia pending an appeal of the release decision.

**IT IS SO ORDERED this 16th day of January, 2021.**

*s/ Erin L. Wiedemann*
HON. ERIN L. WIEDEMANN
UNITED STATES MAGISTRATE JUDGE